JS-6 / ENTER

FILED
CLERK, U.S. DISTRICT COURT

JUN - 9 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| JASON BRADLEY TAPIA, | Case No. EDCV 09-00539 GAF (AN) |
| Petitioner, | **JUDGMENT** |
| v. | |
| SULLIVAN, WARDEN, | |
| Respondent. | |

IT IS HEREBY ADJUDGED AND DECREED THAT the petition for a writ of habeas corpus is dismissed with prejudice for the reasons set forth in the accompanying Memorandum and Order.

DATED: June 8, 2009

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 9 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY